Argued and submitted June 22, affirmed July 22, reconsideration denied August 19,
petition for review allowed by opinion October 22, 1992
See 314 Or 478, 838 P2d 605 (1992)

MARK JAMES WILSON,
*Appellant,*

*v.*

Manfred (Fred) MAASS,
*Respondent.*

(91C-10468-5; CA A73584)

833 P2d 1383

David B. Kuhns, Salem, argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *Boone v. Wright*, 110 Or App 281, 822 P2d 719 (1991), *rev allowed* 313 Or 209 (1992).